UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS and TANANA CHIEFS CONFERENCE,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in their official capacity as Secretary of Commerce; and SAMUEL D. RAUCH, III, in their official capacity as Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service,<br><br>Defendants. | No. 3:23-cv-00074-SLG |

### **DECLARATION OF STEPHANIE MADSEN IN SUPPORT OF MOTION TO INTERVENE**

1. My name is Stephanie Madsen. I make this declaration on the basis of personal knowledge and am competent to testify to the matters stated below, which are true and correct to the best of my knowledge, information, and belief. I submit this declaration

*Ass'n of Vill. Council Presidents v. Nat'l Marine Fisheries Serv.*
Case No. 3:23-cv-00074-SLG
1

in support of the At-Sea Processors Association's ("APA") motion to intervene as a defendant in the above-captioned case.

2. I am the Executive Director of the APA and have led the organization since 2007. I am based in Juneau, Alaska and APA has additional offices in Seattle and Washington, DC.

3. Established in 1988, APA is a professional trade association representing and advocating for members that operate catcher/processor vessels in Bering Sea/Aleutian Islands (BSAI) Alaska pollock fishery. APA works on global fishery sustainability initiatives and maintains third-party certifications relating to both sustainability and social responsibility. APA has five member companies that own and operate 15 U.S.-flagged catcher-processor vessels that participate principally in the Alaska pollock fishery and west coast Pacific whiting fishery.

4. Representation of the interests of its members in legal and regulatory proceedings is part of APA's overall purpose, and APA has previously intervened as a party in litigation implicating those interests.

5. APA and its members have a longstanding interest in the responsible and sustainable harvesting of groundfish. APA works with fishery managers, scientists, environmentalists, and other industry members to ensure the continued health and sustainability of marine resources.

6. APA's members participate in the BSAI Alaska pollock fishery. By volume, this is the nation's largest fishery and the world's largest groundfish fishery. This abundant and well-managed fishery consistently accounts for more than one-third of total U.S. commercial fishery landings. Together with the smaller Gulf of Alaska pollock fishery, it is valued at approximately $1.42 billion in first wholesale value.

7. The ability of APA's member vessels to harvest, process, package, and freeze their catch within hours of harvest enables the production of affordable seafood products of

*Ass'n of Vill. Council Presidents v. Nat'l Marine Fisheries Serv.*
Case No. 3:23-cv-00074-SLG
2

Case 3:23-cv-00074-SLG   Document 10-1   Filed 06/23/23   Page 2 of 6

the highest quality. The food products produced include fillets, surimi, and fish roe. Fish meal and fish oil is produced from non-flesh parts of the fish caught. Alaska pollock is the fourth most consumed seafood in the United States, and provides a low-cost, high-nutrition seafood offering, including to many of the most vulnerable Americans through its inclusion in programs such as the National School Lunch program.

8. APA's members are robust contributors to Alaska's seafood economy. The Alaska pollock harvested each year in the BSAI fishery supports employment throughout the supply chain. Alaska pollock creates approximately 30,000 jobs in the seafood harvesting, processing, distribution, wholesale, retail, restaurant, and food services industries. For this reason, families and communities across the United States depend upon the continued harvest from the BSAI Alaska pollock fishery.

9. The BSAI pollock fishery is also critical to the wellbeing of communities throughout Alaska, including western Alaska villages that participate in the Community Development Quota (CDQ) Program. Created by the North Pacific Fishery Management Council and subsequently codified by Congress, the CDQ Program supports economic development by providing 65 western Alaska communities with the opportunity to participate and invest in fisheries in the BSAI management area by allocating a percentage of all BSAI quotas for groundfish to eligible communities. Since its establishment in the 1990s, the CDQ Program has generated hundreds of millions of dollars in revenue for these communities.

10. In addition to the CDQ Program, several rural Alaska communities in the Aleutians East Borough benefit greatly from economic activity associated with the BSAI Alaska pollock fishery through shoreside processing, port and related employment, and fish tax revenue which supports local governments.

11. APA has played a leading role in finding ways to minimize fishing impacts on the environment. In the 1990s, APA members formed fish harvesting cooperatives in both

*Ass'n of Vill. Council Presidents v. Nat'l Marine Fisheries Serv.*
Case No. 3:23-cv-00074-SLG
3

Case 3:23-cv-00074-SLG   Document 10-1   Filed 06/23/23   Page 3 of 6

the BSAI Alaska pollock and West Coast Pacific whiting fisheries. These cooperatives enable APA catcher/processor vessels to catch the quota using fewer vessels and to better coordinate efforts to reduce incidental catches. The BSAI Alaska pollock fishery and west coast Pacific whiting fishery are regarded as two of the "cleanest" fisheries in the world. APA catcher/processor vessels retain and utilize 99.5% of their catch.

12. APA works with other fishing industry trade associations and National Marine Fisheries Service staff to recommend Total Allowable Catch (TAC) amounts for all groundfish species in the BSAI management area to the North Pacific Fishery Management Council. TACs are constrained by the Acceptable Biological Catch amount as determined by the Science and Statistical Committee of the North Pacific Fishery Management Council and are further constrained by a 2.0 million metric ton Optimum Yield Cap, which creates a permanent upper limit on the total annual catch of Bering Sea groundfish in federal waters.

13. In March 2023, the National Marine Fisheries Service issued Harvest Specifications for Groundfish in the Bering Sea and Aleutian Islands, establishing harvest limits for groundfish for the remainder of 2023 and the start of the 2024 fishing years. These specifications set the TAC for all groundfish species in the BSAI and accomplish the goals and objectives of the Fishery Management Plan for Groundfish of the BSAI Management Area. The Harvest Specifications also manage groundfish resources in the BSAI in accordance with the Magnuson-Stevens Fishery Conservation and Management Act. Because the 2023 and 2024 Final Harvest Specifications for Groundfish directly impact APA's members participation in the BSAI Alaska pollock fishery, APA and its members have significant interests in the challenged Harvest Specifications.

14. Plaintiffs' lawsuit, if successful, will significantly impair the interests of APA's members. Plaintiffs' lawsuit targets the lawful operation of the BSAI Alaska pollock groundfish fishery. The relief requested by Plaintiffs in this lawsuit—including vacatur of the 2023 and 2024 Harvest Specifications—directly threatens the ability of APA's members

*Ass'n of Vill. Council Presidents v. Nat'l Marine Fisheries Serv.*
Case No. 3:23-cv-00074-SLG
4

Case 3:23-cv-00074-SLG   Document 10-1   Filed 06/23/23   Page 4 of 6

to harvest and process fish and would substantially harm the interests of APA's members in the BSAI Alaska pollock fishery. APA member companies would stand to lose hundreds of millions of dollars in revenue—with devastating consequences for their workforces, their customers, and the communities in which they operate—if the Court were to suspend the current harvest specifications or enjoin the fishery.

15. The interests of APA and its members in this lawsuit are not adequately represented by the Federal Defendants. APA represents the interests of its private member companies in the sustainable harvest of groundfish. Unlike the Federal Defendants, APA's members have a direct economic stake in the issues presented in this litigation having invested hundreds of millions of dollars in catcher/processor vessels and related infrastructure to harvest groundfish in the BSAI. The Federal Defendants, by contrast, include the regulatory agencies bound by statutory constraints and obligations. Thus, the interests of APA as a non-federal entity with a direct economic stake in this controversy are very different from the interests of the federal regulatory agencies.

16. As the representative of members operating catcher-processor vessels in BSAI groundfish fisheries challenged by Plaintiffs in this lawsuit, APA's participation in this litigation will aid the Court in understanding the issues of this case. APA's members have important knowledge about the operational characteristics of the BSAI Groundfish fisheries. APA will make legal arguments that will aid in the Court's understanding and disposition of the issues in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of information and belief.

Executed in Juneau, Alaska this __22nd__ day of June, 2023.



_____
Stephanie Madsen

*Ass'n of Vill. Council Presidents v. Nat'l Marine Fisheries Serv.*
Case No. 3:23-cv-00074-SLG

5

# CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2023, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00074-SLG who are registered CM/ECF users will be served by the CM/ECF system.

SUMMIT LAW GROUP, PLLC

*s/James C. Feldman*
James C. Feldman

*Ass'n of Vill. Council Presidents v. Nat'l Marine Fisheries Serv.*
Case No. 3:23-cv-00074-SLG

6

Case 3:23-cv-00074-SLG   Document 10-1   Filed 06/23/23   Page 6 of 6