# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*,

    Plaintiffs,

  v.

NATIONAL MARINE FISHERIES SERVICE*, et al.*,

    Defendants,

  and

AT-SEA PROCESSORS ASSOCIATION, *et al.,*

    Intervenor-Defendants.

Case No. 3:23-cv-00074-SLG

### ORDER RE MOTION TO INTERVENE BY AT-SEA PROCESSORS ASSOCIATION AND UNITED CATCHER BOATS

Before the Court at Docket 10 is the *Motion to Intervene by At-Sea Processors Association and United Catcher Boats*.[1] Plaintiffs stated that they take no position on the motion.[2] Defendants responded that they take no position on permissive intervention but oppose intervention as of right.[3] Movants filed a reply in support of their motion in response to Defendant's opposition to intervention as of right.[4]

---

[1] Dkt. 10.

[2] Dkt. 14.

[3] Dkt. 13.

[4] Dkt. 15.

The Court need not determine whether the proposed intervenor-defendants have a right to intervene in this case. Rather, good cause being shown for permissive intervention, IT IS ORDERED that At-Sea Processors Association and United Catcher Boats' motion is GRANTED and these entities are admitted into this litigation as Intervenor-Defendants with full rights of participation. Intervenor-Defendants shall file a clean copy of their Answer (Docket 10-3) within 7 days of the date of this order. The case caption is amended as set forth above.

DATED this 13th day of July 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3;23-cv-00074-SLG, *Association of Village Council Presidents, et al. v. National Marine Fisheries Service*
Order re Motion to Intervene
Page 2 of 2

Case 3:23-cv-00074-SLG   Document 16   Filed 07/13/23   Page 2 of 2