# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>Defendants,<br><br>and<br><br>AT SEA-PROCESSORS ASSOCIATION, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG |

## ORDER RE STIPULATED MOTION FOR REVISED SCHEDULING ORDER

Before the Court at Docket 24 is the parties' *Stipulated Motion for Revised Scheduling Order*. Upon due consideration, the motion is hereby GRANTED. It is ORDERED that the following schedule shall govern briefing on the merits of the case:

- Any motions to supplement or complete the record must be filed by September 20, 2023. Oppositions to any motion to supplement or complete the administrative record must be filed within 21 days of service of the motion and any replies filed within 7 days after service of the opposition. Merits briefing shall be stayed pending resolution of any motion relating to the sufficiency of the administrative record. The Parties will submit an updated

- briefing schedule not later than 7 days after the Court's ruling on a motion to supplement or complete the administrative record.

- In the absence of any motions to supplement or complete the administrative record, Plaintiffs and any Intervenor-Plaintiff must file their opening brief not later than October 9, 2023.

- Defendants and Intervenor-Defendants must file any opposition briefs on the merits not later than December 8, 2023.

- Plaintiffs and any Intervenor-Plaintiff must file any reply not later than January 3, 2024.

- If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any Intervenor-Plaintiff's opening briefs regarding the remedy shall be due 30 days after the Court's decision on the merits.

- Defendants' and Intervenor-Defendants' responsive briefs regarding the remedy shall be due 30 days after the Plaintiff's and any Intervenor-Plaintiff's opening remedy briefs.

Plaintiffs' and any Intervenor-Plaintiff's reply brief regarding the remedy shall be due 14 days after Defendants' and Intervenor-Defendants' responsive remedy briefs.

DATED this 30th day of August 2023, at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00074-SLG, *Assoc. of Village Council Pres., et al. v. Nat'l Marine Fisheries Svc., et al.*
Order re Stipulated Motion for Revised Briefing Schedule
Page 2 of 2

Case 3:23-cv-00074-SLG   Document 25   Filed 08/30/23   Page 2 of 2