Elizabeth M. Bakalar (Alaska Bar No. 0606036)
City Attorney
City of Bethel
300 State Highway, PO Box 1388
Bethel, AK 99559
Email: lbakalar@cityofbethel.net
Telephone: (907) 545-0115

*Attorney for the City of Bethel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALAKSA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*,<br><br>    Plaintiffs,<br><br>  and<br><br>CITY OF BETHEL,<br><br>    Intervenor-Plaintiff,<br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants,<br><br>  and<br><br>    AT SEA-PROCESSORS ASSOCIATION, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG<br><br>**CITY OF BETHEL'S JOINDER TO PLAINTIFFS' PRINCIPAL BRIEF UNDER LOCAL RULE 16.3(c)(1)** |

Page 1 of 3
*Association of Village Council Presidents, et al. v. National Marine Fisheries Service et al.,*: Case No. 3:23-cv-00074SLG [Joinder to Plaintiffs' Principal Brief]

Case 3:23-cv-00074-SLG   Document 33   Filed 10/09/23   Page 1 of 3

The City of Bethel (hereafter "Bethel" or "City") hereby joins in full Plaintiffs' Principal Brief Under Local Rule 16.3(c)(1) filed at Docket 32 in this matter, and adopts all facts stated and arguments made therein, with one addition: the City has an additional basis for standing based on its economic interest in healthy salmon fisheries in the Yukon-Kuskokwim Delta Region; specifically, the impact of the Service's annual harvest specifications decision on the City's sales tax revenue, for the reasons stated in Bethel City Council Resolution #23-10 at Docket 18-4.[1]

Respectfully submitted this 9th Day of October, 2023

By: /s/ Elizabeth M. Bakalar
Elizabeth M. Bakalar
City Attorney
Alaska Bar No. 0606036
City of Bethel
300 State Highway, PO Box 1388
Bethel, AK 99559
Phone: (907) 545-0115
Email: lbakalar@cityofbethel.net
Attorney for the City of Bethel

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2023, a copy of foregoing Joinder to Plaintiffs' Principal Brief was served electronically through the CM/ECF system on the following

---

[1] *See, e.g. Ashley Creek Phosphate Co. v. Norton*, 420 F.3d 934, 938-39 (9th Cir. 2005) (Article III standing is appropriate where a plaintiff has a geographical connection to the region impacted by an environmental impact statement and plaintiffs' concrete interests (including economic interests) combined with environmental interests are affected). In addition to the bases for standing cited in Plaintiffs' Principal Brief, Bethel meets the foregoing standing criteria for the reasons set forth in the City's Complaint in Intervention and Exhibit A to that Complaint.

Page 2 of 3
*Association of Village Council Presidents, et al. v. National Marine Fisheries Service et al.,*: Case No. 3:23-cv-00074SLG [Joinder to Plaintiffs' Principal Brief]

Case 3:23-cv-00074-SLG   Document 33   Filed 10/09/23   Page 2 of 3

counsel of record: Jennifer Sundook, James C. Feldman, Jeffrey M. Feldman, Charise Arce, Maile Sinn Fong Tavepholjalern , and Katharine S. Glover.

      *s/ Elizabeth M. Bakalar*
      Elizabeth M. Bakalar

Page 3 of 3
*Association of Village Council Presidents, et al. v. National Marine Fisheries Service et al.,*: Case No. 3:23-cv-00074SLG [Joinder to Plaintiffs' Principal Brief]

Case 3:23-cv-00074-SLG   Document 33   Filed 10/09/23   Page 3 of 3