TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JENNIFER A. SUNDOOK
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 341-2791
Fax: (202) 305-0506
Jennifer.Sundook@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CITY OF BETHEL, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> AT-SEA PROCESSORS ASSOCIATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG |

STIPULATED MOTION TO AMEND SCHEDULING ORDER
*AVCP v. NMFS*, No. 3:23-cv-00074-SLG                                                                 1

**STIPULATED MOTION TO AMEND SCHEDULING ORDER**

Plaintiffs and Federal Defendants (the "Parties"), along with Intervenor-Plaintiffs and Intervenor-Defendants (the "Intervenors"), jointly submit this stipulated motion through counsel and respectfully request the Court revise its scheduling order issued XX, ECF No. XX, to allow Federal Defendants and Intervenor-Defendants an additional forty-five days to submit their opposition briefs. The Parties and the Intervenors have conferred and jointly propose the below revision to the Court's scheduling order.

The Parties and Intervenors propose a new scheduling order in order to facilitate settlement negotiations between the Parties. The Parties recently initiated settlement discussions and are working toward a resolution of the issues raised in this litigation, without the need for protracted litigation and in a manner designed to conserve the Parties' and the Court's resources. The Parties and Intervenors believe that it would not be practical, efficient, or productive to engage simultaneously in active litigation and settlement discussions.

To facilitate settlement discussions, the Parties and Intervenors thus request an extension of all outstanding deadlines as detailed below:

1. Federal Defendants and Intervenor-Defendants shall file any opposition brief to Plaintiffs' and Intervenor-Plaintiffs' opening merits briefs by **January 22, 2024**. Plaintiffs and Intervenor-Plaintiffs shall file any consolidated reply to Federal Defendants' and Intervenor-Defendants' briefs in opposition by **February 19, 2024**.

2. If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any Intervenor-Plaintiff's opening remedy brief shall be due 30 days after the Court's decision on the merits. Federal Defendants' and Intervenor-Defendants' responsive remedy briefs shall be

due 30 days after Plaintiffs' and any Intervenor-Plaintiff's opening remedy brief. Plaintiffs' and any Intervenor-Plaintiff's reply shall be due 14 days after Defendants' responsive remedy briefs.

3. If circumstances require future revisions to this schedule, the Parties will confer and jointly propose a revised schedule for the Court's consideration, or otherwise seek amendment upon a showing of good cause.

Accordingly, the Parties and Intervenors respectfully request that the Court enter an Order granting the proposed revised schedule as described above.

Respectfully submitted, this 27th day of November 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

s/ Jennifer A. Sundook
JENNIFER A. SUNDOOK
Trial Attorney (DC Bar No. 241583)
P.O. Box 7611  Washington, DC 20044
Tel: (202) 341-2791
Fax: (202) 305-0506
Jennifer.Sundook@usdoj.gov

***Attorneys for National Marine Fisheries Service, United States Department of Commerce, Gina M. Raimondo, and Samuel D. Rauch, III***

*s/ James C. Feldman (with consent)*
James C. Feldman (Alaska Bar #1702003)
Jeffrey M. Feldman (Alaska Bar #7605029)
SUMMIT LAW GROUP, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
(206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com

**Attorneys for At-Sea Processors Association and United Catcher Boats**

*s/ Katharine S. Glover (with consent)*
Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Charisse Arce (Alaska Bar No. 2303017)
Maile Tavepholjalern (Alaska Bar No. 1611094)
EARTHJUSTICE

**Attorneys for Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference**

*s/ Libby Mara Bakalar (with consent)*
Libby Mara Bakalar (Alaska Bar No. 0606036)
City of Bethel
300 State Highway Pob 1388
Bethel, AK 99559
(907) 545-0115
Lbakalar@cityofbethel.Net

**Attorney for the City of Bethel**

**Certificate of Service**

I hereby certify that on November 27, 2023, I filed a true and correct electronic original of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00074-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Jennifer A. Sundook*
Jennifer A. Sundook