IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CITY OF BETHEL, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> AT-SEA PROCESSORS ASSOCIATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG <br><br> [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR SECOND REVISED SCHEDULING ORDER |

**[PROPOSED] ORDER REGARDING REVISED BRIEFING SCHEDULE**

Upon consideration of the Parties' and Intervenors' stipulation regarding the revised briefing schedule, the stipulation is hereby GRANTED. It is ORDERED that the following schedule shall govern the outstanding briefing on the merits of the case:

- Defendants and Intervenor-Defendants must file any opposition briefs on the merits not later than January 22, 2024.

- Plaintiffs and any Intervenor-Plaintiff must file any reply not later than February 19, 2024.

1

- If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any Intervenor-Plaintiff's opening briefs regarding the remedy shall be due 30 days after the Court's decision on the merits.

- Defendants' and Intervenor-Defendants' responsive briefs regarding the remedy shall be due 30 days after the Plaintiff's and any Intervenor-Plaintiff's opening remedy briefs.

- Plaintiffs' and any Intervenor-Plaintiff's reply brief regarding the remedy shall be due 14 days after Defendants' and Intervenor-Defendants' responsive remedy briefs.

DATED this \_\_\_\_ day of _____, 2023 at Anchorage, Alaska.

_____
Hon. Sharon L. Gleason
UNITED STATES DISTRICT JUDGE