IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>CITY OF BETHEL,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants,<br><br>and<br><br>AT SEA-PROCESSORS ASSOCIATION, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG |

## ORDER RE STIPULATED MOTION FOR THIRD REVISED SCHEDULING ORDER

Upon consideration of the Parties' and Intervenors' *Stipulated Motion for Third Revised Scheduling Order* at Docket 42, the stipulation is hereby GRANTED. It is ORDERED that the following schedule shall govern the outstanding briefing on the merits of the case:

- Defendants and Intervenor-Defendants must file any opposition briefs on the merits not later than **February 20, 2024**.

- Plaintiffs and any Intervenor-Plaintiff must file any reply not later than **March 19, 2024**.

- If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any Intervenor-Plaintiff's opening briefs regarding the remedy shall be due 30 days after the Court's decision on the merits.

- Defendants' and Intervenor-Defendants' responsive briefs regarding the remedy shall be due 30 days after the Plaintiff's and any Intervenor-Plaintiff's opening remedy briefs.

- Plaintiffs' and any Intervenor-Plaintiff's reply brief regarding the remedy shall be due 14 days after Defendants' and Intervenor-Defendants' responsive remedy briefs.

DATED this 19th day of January, 2024.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00074-SLG, *Assoc. of Village Council Pres., et al. v. Nat'l Marine Fisheries Svc., et al.*
Order re Stipulated Motion for Third Revised Scheduling Order
Page 2 of 3
Case 3:23-cv-00074-SLG   Document 43   Filed 01/19/24   Page 2 of 3

Case No. 3:23-cv-00074-SLG, *Assoc. of Village Council Pres., et al. v. Nat'l Marine Fisheries Svc., et al.*
Order re Stipulated Motion for Third Revised Scheduling Order
Page 3 of 3
Case 3:23-cv-00074-SLG   Document 43   Filed 01/19/24   Page 3 of 3