TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JENNIFER A. SUNDOOK
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 341-2791
Fax: (202) 305-0506
Jennifer.Sundook@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CITY OF BETHEL, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants, <br><br> and | Case No. 3:23-cv-00074-SLG |

STIPULATED MOTION FOR FOURTH REVISED SCHEDULING ORDER
*AVCP v. NMFS*, No. 3:23-cv-00074-SLG                                                                 1

|                              |   |
|------------------------------|---|
| AT-SEA PROCESSORS ASSOCIATION, *et al.*, | )<br>)<br>)<br>)<br>) |
| Intervenor-Defendants.       |   |

**STIPULATED MOTION FOR FOURTH REVISED SCHEDULING ORDER**

Plaintiffs and Federal Defendants (the "Parties"), along with Intervenor-Plaintiffs and Intervenor-Defendants (the "Intervenors"), jointly submit this stipulated motion through counsel and respectfully request the Court again revise its scheduling order to allow the Parties to continue to engage in settlement discussions. The Parties have been engaging in settlement discussions and continue to negotiate toward a resolution of the issues raised in this litigation. The Parties and Intervenors believe that it would not be practical, efficient, or productive to engage simultaneously in active litigation and settlement discussions. The Parties and the Intervenors have conferred and jointly propose the below revision to the Court's scheduling order in order to facilitate settlement negotiations between the Parties:

1. Federal Defendants and Intervenor-Defendants shall file any opposition brief to Plaintiffs' and Intervenor-Plaintiffs' opening merits briefs by **March 15, 2024**. Plaintiffs and Intervenor-Plaintiffs shall file any consolidated reply to Federal Defendants' and Intervenor-Defendants' briefs in opposition by **April 12, 2024**.

2. If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any

Intervenor-Plaintiff's opening remedy brief shall be due 30 days after the Court's decision on the merits. Federal Defendants' and Intervenor-Defendants' responsive remedy briefs shall be due 30 days after Plaintiffs' and any Intervenor-Plaintiff's opening remedy brief. Plaintiffs' and any Intervenor-Plaintiff's reply shall be due 14 days after Defendants' responsive remedy briefs.

3. If circumstances require future revisions to this schedule, the Parties will confer and jointly propose a revised schedule for the Court's consideration, or otherwise seek amendment upon a showing of good cause.

Accordingly, the Parties and Intervenors respectfully request that the Court enter an Order granting the proposed revised schedule as described above.

Respectfully submitted, this 13th day of February 2024.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*s/ Jennifer A. Sundook*
JENNIFER A. SUNDOOK
Trial Attorney (DC Bar No. 241583)
P.O. Box 7611  Washington, DC 20044
Tel: (202) 341-2791
Fax: (202) 305-0506
Jennifer.Sundook@usdoj.gov

*Attorneys for National Marine Fisheries Service, United States Department of Commerce, Gina M. Raimondo, and Samuel D. Rauch, III*

*s/ James C. Feldman (with consent)*
James C. Feldman (Alaska Bar #1702003)
Jeffrey M. Feldman (Alaska Bar #7605029)
SUMMIT LAW GROUP, PLLC
315 Fifth Avenue S., Suite 1000
Seattle, WA 98104
(206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com

***Attorneys for At-Sea Processors Association and United Catcher Boats***

*s/ Katharine S. Glover (with consent)*
Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Charisse Arce (Alaska Bar No. 2303017)
Maile Tavepholjalern (Alaska Bar No. 1611094) EARTHJUSTICE

***Attorneys for Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference***

*s/ Libby Mara Bakalar (with consent)*
Libby Mara Bakalar (Alaska Bar No. 0606036)
City of Bethel
300 State Highway Pob 1388
Bethel, AK 99559
(907) 545-0115
Lbakalar@cityofbethel.Net

***Attorney for the City of Bethel***

STIPULATED MOTION FOR FOURTH REVISED SCHEDULING ORDER
*AVCP v. NMFS*, No. 3:23-cv-00074-SLG           4

Case 3:23-cv-00074-SLG   Document 44   Filed 02/13/24   Page 4 of 5

## Certificate of Service

I hereby certify that on February 13, 2024 I filed a true and correct electronic original of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00074-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Jennifer A. Sundook*
Jennifer A. Sundook
