TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JENNIFER A. SUNDOOK
Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 341-2791
Fax: (202) 305-0506
Jennifer.Sundook@usdoj.gov

*Attorneys for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CITY OF BETHEL, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants, <br><br> and | Case No. 3:23-cv-00074-SLG |

FEDERAL DEFENDANTS' MOTION FOR FIFTH REVISED SCHEDULING ORDER
*AVCP v. NMFS*, No. 3:23-cv-00074-SLG    1

| | |
|---|---|
| AT-SEA PROCESSORS ASSOCIATION, *et al.*, | ) ) ) |
| Intervenor-Defendants. | ) ) |

# FEDERAL DEFENDANTS' MOTION FOR FIFTH REVISED SCHEDULING ORDER

Federal Defendants submit this motion and respectfully request the Court again revise its scheduling order to allow Plaintiffs and Federal Defendants (the "Parties") to continue to engage in settlement discussions. Plaintiffs and the Intervenor-Plaintiff have indicated they do not oppose this motion. Intervenor-Defendants have indicated they take no position on this motion.

There is good cause for the Court to grant this motion for an extension because the Parties have been engaging in settlement discussions and continue to negotiate toward a resolution of the issues raised in this litigation. The Parties believe that it would not be practical, efficient, or productive to engage simultaneously in active litigation and settlement discussions. In fact, Federal Defendants have concerns that the submission of responsive briefs would be counter-productive to ongoing settlement efforts by deteriorating the good will cultivated between the Parties.

Plaintiffs, Federal Defendants, and the Intervenor-Plaintiff have conferred and jointly propose the below revision to the Court's scheduling order in order to facilitate settlement negotiations between the Parties:

1. Federal Defendants and Intervenor-Defendants shall file any opposition brief to Plaintiffs' and Intervenor-Plaintiffs' opening merits briefs by **April 12,**

**2024**. Plaintiffs and Intervenor-Plaintiffs shall file any consolidated reply to Federal Defendants' and Intervenor-Defendants' briefs in opposition by **May 10, 2024**.

2. If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any Intervenor-Plaintiff's opening remedy brief shall be due 30 days after the Court's decision on the merits. Federal Defendants' and Intervenor-Defendants' responsive remedy briefs shall be due 30 days after Plaintiffs' and any Intervenor-Plaintiff's opening remedy brief. Plaintiffs' and any Intervenor-Plaintiff's reply shall be due 14 days after Defendants' responsive remedy briefs.

3. If circumstances require future revisions to this schedule, the Parties will confer and jointly propose a revised schedule for the Court's consideration, or otherwise seek amendment upon a showing of good cause.

Accordingly, Federal Defendants respectfully request that the Court enter an Order granting the proposed revised schedule as described above.

Respectfully submitted, this 11th day of March 2024.

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources Division
        United States Department of Justice

        *s/ Jennifer A. Sundook*
        JENNIFER A. SUNDOOK
        Trial Attorney (DC Bar No. 241583)
        P.O. Box 7611  Washington, DC 20044
        Tel: (202) 341-2791
        Fax: (202) 305-0506
        Jennifer.Sundook@usdoj.gov

FEDERAL DEFENDANTS' MOTION FOR FIFTH REVISED SCHEDULING ORDER
*AVCP v. NMFS*, No. 3:23-cv-00074-SLG    4

Case 3:23-cv-00074-SLG   Document 46   Filed 03/11/24   Page 4 of 5

## Certificate of Service

I hereby certify that on March 11, 2024 I filed a true and correct electronic original of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:23-cv-00074-SLG who are registered CM/ECF users will be served by the CM/ECF system.

*s/ Jennifer A. Sundook*
Jennifer A. Sundook