IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*,<br><br>   Plaintiffs,<br><br>   and<br><br>CITY OF BETHEL,<br><br>   Intervenor-Plaintiff,<br><br>   v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>   Defendants,<br><br>   and<br><br>AT SEA-PROCESSORS ASSOCIATION, *et al.*,<br><br>   Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG |

### ORDER RE FEDERAL DEFENDANTS' MOTION FOR FIFTH REVISED SCHEDULING ORDER

Before the Court at Docket 46 is *Federal Defendants' Motion for Fifth Revised Scheduling* Order. Plaintiffs and Intervenor-Plaintiff do not oppose the motion. Intervenor-Defendants take no position on the motion. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that the following schedule shall govern the outstanding briefing on the merits of the case:

- Defendants and Intervenor-Defendants must file any opposition briefs

on the merits not later than April 12, 2024.

- Plaintiffs and any Intervenor-Plaintiff must file any reply not later than May 10, 2024.

- If the Court rules in favor of Plaintiffs on the merits, the Parties will submit separate briefing regarding the appropriate remedy. Plaintiffs' and any Intervenor-Plaintiff's opening briefs regarding the remedy shall be due 30 days after the Court's decision on the merits.

- Defendants' and Intervenor-Defendants' responsive briefs regarding the remedy shall be due 30 days after the Plaintiff's and any Intervenor-Plaintiff's opening remedy briefs.

- Plaintiffs' and any Intervenor-Plaintiff's reply brief regarding the remedy shall be due 14 days after Defendants' and Intervenor-Defendants' responsive remedy briefs.

DATED this 12th day of March 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00074-SLG, *Assoc. of Village Council Pres., et al. v. Nat'l Marine Fisheries Svc., et al.*
Order re Federal Defendants' Motion for Fifth Revised Scheduling Order
Page 2 of 2

Case 3:23-cv-00074-SLG   Document 47   Filed 03/12/24   Page 2 of 2