Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Charisse Arce
Maile Tavepholjalern
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org
E: mtave@earthjustice.org

*Attorneys for Plaintiffs Association of Village Council Presidents and
Tanana Chiefs Conference*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS and TANANA CHIEFS CONFERENCE, <br><br> *Plaintiffs*, <br><br> CITY OF BETHEL, <br><br> *Intervenor-Plaintiff*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; UNITED STATES DEPARTMENT OF COMMERCE; GINA M. RAIMONDO, in their official capacity as Secretary of Commerce; and SAMUEL D. RAUCH, III, in their official capacity as Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service, <br><br> *Defendants*, <br><br> AT-SEA PROCESSORS ASSOCIATION and UNITED CATCHER BOATS, <br><br> *Intervenor-Defendants.* | Case No. 3:23-cv-00074-SLG |

**[PROPOSED] SUPPLEMENTAL COMPLAINT FOR DECLARATORY AND
INJUNCTIVE RELIEF (5 U.S.C. §§ 702, 706(1), 706(2)(A); 42 U.S.C. § 4332)**

**Exhibit 1, Page 1 of 12**

## INTRODUCTION

1.      This supplemental complaint challenges the Defendants' decision adopting the final 2024 and 2025 harvest specifications for groundfish fisheries of the Bering Sea and Aleutian Islands (2024-2025 groundfish harvest specifications).  The decision violates the National Environmental Policy Act (NEPA).

2.      Plaintiffs filed a complaint on April 7, 2023, challenging the Defendants' adoption of the final 2023 and 2024 harvest specifications for the groundfish fisheries of the Bering Sea and Aleutian Islands (2023-2024 groundfish harvest specifications) without conducting an analysis of the environmental effects of that decision in the context of the current environment, in violation of NEPA.  Doc. 1.

3.      Plaintiffs submitted their principal brief on October 9, 2023.  Doc. 32. Plaintiffs and Defendants have been pursuing settlement discussions since November 2023, and further briefing deadlines have been extended to accommodate those discussions.  Docs. 39, 43, 45, 47.

4.      Like the 2023-2024 groundfish harvest specifications, the 2024-2025 groundfish harvest specifications authorize fishing for billions of pounds of groundfish based on an analysis that is significantly outdated and fails to account for rapid and unprecedented changes in the Bering Sea and Aleutian Islands ecosystem over the last two decades.

5.      This supplemental complaint does not replace Plaintiffs' original Complaint, which remains operative and is incorporated herein as appropriate by reference.

## JURISDICTION AND VENUE

6. Plaintiffs restate and incorporate by reference paragraphs 7-8 of their

Complaint.

## PLAINTIFFS

7. Plaintiffs restate and incorporate by reference paragraphs 9-20 of their

Complaint.

## DEFENDANTS

8. Defendant National Marine Fisheries Service (Service) is a federal agency

within the United States Department of Commerce responsible for the management,

conservation, and protection of living marine resources within about 200 miles of the

United States coast. The Service adopted the final 2023-2024 groundfish harvest

specifications and the final 2024-2025 groundfish harvest specifications. It also issued

the Alaska Groundfish Harvest Specifications Final Environmental Impact Statement

(2007), Alaska Groundfish Harvest Specifications Supplementary Information Reports

for the 2023-2024 and 2024-2025 groundfish harvest specifications (Feb. 2023 and Feb.

2024, respectively), Alaska Groundfish Fisheries Programmatic Supplemental

Environmental Impact Statement (2004), and Alaska Groundfish Fisheries Programmatic

Supplemental Environmental Impact Statement Supplemental Information Report (2015).

9. Plaintiffs restate and incorporate by reference paragraph 22 of their

Complaint.

10. Plaintiffs restate and incorporate by reference paragraph 23 of their

Complaint.

11.    Defendant Samuel D. Rauch, III, is sued in their official capacity as Deputy Assistant Administrator for Regulatory Programs for the Service.  Defendant Rauch oversees the Service's regulatory actions and programs, including those to support the conservation and recovery of marine mammals and endangered species, ensure economically and biologically sustainable fisheries, and promote habitat stewardship through restoration and conservation.  Defendant Rauch signed the 2023-2024 groundfish harvest specifications decision and the 2024-2025 groundfish harvest specifications decision.

## SUPPLEMENTAL FACTS

12.    Plaintiffs restate and incorporate by reference paragraphs 25-115 of their Complaint.

13.    On March 11, 2024, the Service published in the Federal Register a final rule adopting the 2024-2025 groundfish harvest specifications.

14.    The 2024-2025 groundfish harvest specifications adopt a total allowable catch of 1,300,000 metric tons for pollock and a total of 2,000,000 metric tons for all groundfish combined, the same limits adopted under the 2023-2024 groundfish harvest specifications.

15.    Plaintiffs submitted comments, sent to the North Pacific Fisheries Management Council (Council) and the Service, during the Council's public process for the 2024-2025 groundfish harvest specifications raising the issues described in Plaintiffs'

Complaint and this supplemental complaint. These issues were also raised in comments during the public comment period after Defendants published the proposed 2024-2025 groundfish harvest specifications in the Federal Register.

16. In February 2024, the Service published a supplementary information report that considers the 2024-2025 groundfish harvest specifications. In that report, Defendants determined the 2024-2025 groundfish harvest specifications are not a substantial change in the action, and there are no significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts.

17. Although some of the unprecedented heat wave conditions observed in recent years in the Bering Sea have moderated, important biological metrics have lagged in response, showing continued indications of decreased productivity.

18. For example, abundance of chlorophyll-a, coccolithophores, and copepods—at the base of the food chain—continue to show negative indications of ecosystem productivity.

19. Western Alaska salmon populations remain in decline.

20. In the Aleutian Islands, persistent warm conditions continue, with lower productivity across the ecosystem.

21. In 2023, 14,616 Chinook salmon and 116,714 non-Chinook salmon were caught as bycatch in the groundfish fisheries for the Bering Sea and Aleutian Islands.

22. For the same year, the three-system index of in-river adult Chinook salmon

run sizes for the Unalakleet, Upper Yukon, and Kuskokwim rivers was among the lowest on record, with an estimate of 148,443 fish.

23.     Subsistence fishing for Chinook and chum salmon remained severely restricted on western and interior Alaska rivers in 2023.

**CLAIMS FOR RELIEF**

**Count I**
**(Failure to analyze environmental impacts of groundfish harvest specifications decisions as required under NEPA)**

24.     Plaintiffs incorporate by reference each of the allegations in the preceding paragraphs.

25.     NEPA requires federal agencies to prepare environmental impact statements for "major [f]ederal actions significantly affecting the quality of the human environment . . . ."  42 U.S.C. § 4332(2)(C).

26.     The decisions to adopt the 2023-2024 groundfish harvest specifications and the 2024-2025 groundfish harvest specifications are major federal actions.

27.     These decisions determine the acceptable biological catch and overfishing limits for groundfish species, set the total allowable catch, apportion and allocate the total allowable catch, apply prohibited species catch limits, and make adjustments for biological and socioeconomic factors.  The decisions have significant effects on the human environment.

28.     In their 2023-2024 and 2024-2025 groundfish harvest specifications decisions, Defendants rely on the 2007 Alaska Groundfish Harvest Specifications Final

Environmental Impact Statement and supplementary information reports to conclude that additional NEPA documentation is not required for these groundfish harvest specifications decisions.

29.     The 2007 Alaska Groundfish Harvest Specifications Final Environmental Impact Statement does not analyze the effects of the fisheries management decisions Defendants made in the 2023-2024 groundfish harvest specifications or the 2024-2025 groundfish harvest specifications in light of the current environment.

30.     The Bering Sea and Aleutian Islands ecosystem has changed dramatically since the 2007 Alaska Groundfish Harvest Specifications Final Environmental Impact Statement was completed.

31.     Declining salmon populations, restricted subsistence opportunities, warming ocean temperatures, changing ocean conditions, seabird die-offs, marine mammal mortality events, northern fur seal declines resulting from competition with fisheries, and shifts in abundance and distribution of species across all trophic levels are cumulatively significant new circumstances or information that must be analyzed in a supplemental environmental impact statement.

32.     Fisheries management decisions, including the annual groundfish harvest specifications decisions, affect the marine ecosystem and may exacerbate climate-induced changes.

33.     The 2007 Alaska Groundfish Harvest Specifications Environmental Impact Statement does not analyze the impacts of harvest specifications decisions in light of

these changes. The 2023 and 2024 supplementary information reports are not NEPA documents. They also do not analyze the effects of the 2023-2024 groundfish harvest specifications or the 2024-2025 groundfish harvest specifications decisions in light of these changes.

34.     Therefore, Defendants have not complied with NEPA and their decisions to adopt the 2023-2024 groundfish harvest specifications and the 2024-2025 groundfish harvest specifications were arbitrary, capricious, and not in accordance with law. 5 U.S.C. § 706(1), (2)(A), (D); 42 U.S.C. § 4332(2)(C).

**Count II**
**(Failure to complete a supplemental environmental impact statement analyzing the effects of the groundfish fishery management program as required under NEPA)**

35.     Plaintiffs incorporate by reference each of the allegations in the preceding paragraphs.

36.     NEPA requires federal agencies to prepare environmental impact statements for "major [f]ederal actions significantly affecting the quality of the human environment . . . ." 42 U.S.C. § 4332(2)(C).

37.     Federal agencies are required to prepare supplements to final environmental impact statements if "[t]here are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts." 40 C.F.R. § 1502.9(d)(1)(ii).

38.     The 2023-2024 groundfish harvest specifications and the 2024-2025 groundfish harvest specifications implement both the harvest specifications strategy and

*AVCP et al. v. National Marine Fisheries Service et al.,*
Case No. 3:23-cv-00074-SLG

8

**Exhibit 1, Page 8 of 12**

the Groundfish Fishery Management Plan for the Bering Sea and Aleutian Islands.

39.     Defendants analyzed the harvest specifications strategy in the 2007 Alaska Groundfish Harvest Specifications Final Environmental Impact Statement.  Defendants analyze annual decisions implementing this strategy through supplemental information reports.

40.     In the 2023 supplementary information report for the 2023-2024 groundfish harvest specifications, Defendants conclude that additional NEPA documentation is not required for the 2023-2024 groundfish harvest specifications decision.

41.     In the 2024 supplementary information report for the 2024-2025 groundfish harvest specifications, Defendants similarly conclude that additional NEPA documentation is not required for the 2024-2025 groundfish harvest specifications decision.

42.     The 2023-2024 and 2024-2025 groundfish harvest specifications decisions, which implement the harvest specifications strategy, are themselves implementations of the Groundfish Fishery Management Plan.

43.     Defendants analyzed the Groundfish Fishery Management Plan in the 2004 Alaska Groundfish Fisheries Programmatic Supplemental Environmental Impact Statement.  Defendants made a decision not to update that analysis in the 2015 Alaska Groundfish Fisheries Programmatic Supplemental Environmental Impact Statement Supplemental Information Report.

44.     The Bering Sea and Aleutian Islands ecosystem has experienced radical

change since the 2004 and 2007 environmental impact statements were completed.

45.     Declining salmon populations, restricted subsistence opportunities, warming ocean temperatures, changing ocean conditions, sea bird die-offs, marine mammal mortality events, northern fur seal declines resulting from competition with fisheries, and shifts in abundance and distribution of species across all trophic levels are cumulatively significant new circumstances or information that must be analyzed in a supplemental environmental impact statement.

46.     Fisheries management decisions, including the annual harvest specifications decisions, affect the marine ecosystem and may exacerbate climate-induced changes.

47.     Neither the 2004 Alaska Groundfish Fisheries Programmatic Supplemental Environmental Impact Statement nor the 2007 Alaska Groundfish Harvest Specifications Final Environmental Impact Statement analyzes the effects of fisheries management in the context of the current, rapidly changing environment of the Bering Sea and Aleutian Islands ecosystem.

48.     Defendants' conclusions in the 2023 supplementary information report for the 2023-2024 groundfish harvest specifications and the 2024 supplementary information report for the 2024-2025 groundfish harvest specifications that no supplemental environmental impact statement was required were arbitrary, capricious, and not in accordance with law.  5 U.S.C. § 706(1), (2)(A), (D); 42 U.S.C. § 4332(2)(C); 40 C.F.R. § 1502.9(d)(1)(ii).

# PRAYER FOR RELIEF

Plaintiffs respectfully request that the Court:

1.    Enter a declaratory judgment that:

    a.    Defendants' decisions to adopt the 2023-2024 groundfish harvest specifications and the 2024-2025 groundfish harvest specifications for the Bering Sea and Aleutian Islands were arbitrary, capricious, and not in accordance with NEPA; and

    b.    Defendants' reliance on the 2004 Alaska Groundfish Fisheries Programmatic Supplemental Environmental Impact Statement and the 2007 Alaska Groundfish Harvest Specifications Final Environmental Impact Statement is arbitrary, capricious, and not in accordance with NEPA.

2.    Vacate the final 2023-2024 groundfish harvest specifications and the 2024-2025 groundfish harvest specifications for the Bering Sea and Aleutian Islands.

3.    Enter injunctive relief as needed to ensure Defendants comply with NEPA and to prevent harm to Plaintiffs from the implementation of the Groundfish Fishery Management Plan without an updated NEPA analysis.

4.    Award Plaintiffs their costs, fees, and other expenses of this action, including reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

5.    Grant such other relief as this Court deems just and proper.

Respectfully submitted this 10th day of April, 2024.

*s/ Katharine S. Glover*

Katharine S. Glover (Alaska Bar No. 0606033)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org

*s/ Eric Jorgensen*

Eric P. Jorgensen (Alaska Bar No. 8904010)
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: ejorgensen@earthjustice.org

*s/ Charisse Arce*

Charisse M. Arce (Alaska Bar No. 2303017)
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org

*s/ Maile Tavepholjalern*

Maile Tavepholjalern (Alaska Bar No. 1611094)
EARTHJUSTICE
441 W 5th Avenue Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: mtave@earthjustice.org

*Attorneys for Plaintiffs Association of Village
Council Presidents and Tanana Chiefs Conference*