Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Charisse Arce
Maile Tavepholjalern
EARTHJUSTICE
441 W 5th Avenue, Suite 301
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org
E: mtave@earthjustice.org

*Attorneys for Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS and TANANA CHIEFS CONFERENCE,<br><br>*Plaintiffs*,<br><br>CITY OF BETHEL,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE *et al.*,<br><br>*Defendants*,<br><br>AT-SEA PROCESSORS ASSOCIATION and UNITED CATCHER BOATS,<br><br>*Intervenor-Defendants*. | Case No. 3:23-cv-00074-SLG |

**PLAINTIFFS' SUPPLEMENTAL BRIEF**

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................................. 1

BACKGROUND ................................................................................................................... 1

ARGUMENT ......................................................................................................................... 2

I.      The annual harvest specifications decision is a major federal action and there is no EIS analyzing its effects in the current environmental context. ............. 3

II.     The Service violated NEPA by failing to supplement the 2007 harvest specifications strategy EIS to consider the effects of the strategy in the current environmental context. ...................................................................................... 5

CONCLUSION ...................................................................................................................... 6

CERTIFICATE OF COMPLIANCE WITH WORD LIMITS ........................................... 7

CERTIFICATE OF SERVICE .............................................................................................. 8

# TABLE OF AUTHORITIES

**CASES**

*Idaho Sporting Cong. v. Alexander*,
    222 F.3d 562 (9th Cir. 2000) ....................................................................................... 4

## INTRODUCTION

Pursuant to the Court's Order, Doc. 53, Plaintiffs AVCP and TCC submit this brief addressing the 2024-2025 groundfish harvest specifications challenged in their Supplemental Complaint, Doc. 52. Defendants' 2024-2025 decision violates NEPA for the same reasons the 2023-2024 groundfish harvest specifications violate NEPA. *See* Doc. 1 (Complaint); Doc. 32 at 25-26 (Opening Brief). In adopting the 2024-2025 groundfish harvest specifications, the Service followed the same process as it used for the 2023-2024 decision, relying on outdated environmental analyses that do not consider the effects of the harvest specifications in light of dramatic environmental changes, including significant declines in western Alaska salmon populations.

## BACKGROUND

As explained in Plaintiffs' Opening Brief, Doc. 32 at 11-13, each year, the Service adopts harvest specifications to authorize the annual Bering Sea and Aleutian Islands groundfish fisheries. *See generally* Ex. 3.[1] In March, the Service adopted the 2024-2025 specifications. *Id.* at 1. The new decision, like the 2023-2024 decision, implements the fisheries management plan; authorizes fishing for two million metric tons of groundfish, including 1.3 million metric tons of pollock; and implements choices regulating bycatch. *Id.* at 1, 4; *see also* Doc. 32 at 12-14 (explaining harvest specifications).

---

[1] Federal Defendants agree that all exhibits cited in this brief are part of the supplemental record being prepared for the Supplemental Complaint, Doc. 52. For the convenience of the Court, Plaintiffs will file a corrected brief with updated citations once the supplemental record has been filed.

*AVCP et al. v. National Marine Fisheries Service et al.,*
Case No. 3:23-cv-00074-SLG                                                                                                  1

The Service adopted the 2024-2025 groundfish harvest specifications following the same harvest specifications strategy and process as the previous specifications and did not produce any NEPA analysis to support the decision. Instead, the Service reviewed stock assessment and fishery evaluation reports to assess the health of the groundfish stocks and completed a Supplementary Information Report (SIR). *See* Ex. 3 at 2, 32-33 (describing harvest specifications process and SIR). As with the 2023-2024 decision, the Service concluded in the SIR that there was no new information relevant to the decision not considered through either the harvest specifications process (including the stock assessment reports) or the 2007 EIS for the harvest specifications strategy. *Compare* NMFS00592, 00635 (2023 SIR) *with* Ex. 4 at 10, 74 (2024 SIR). These conclusions were arbitrary, in violation of NEPA.

## ARGUMENT

The Service's 2024-2025 groundfish harvest specifications suffer from the same defect as the 2023-2024 groundfish harvest specifications: there is no NEPA analysis considering the effects of these decisions in the context of the current environment. Because the Service did not complete either an EIS analyzing the effects of the annual groundfish harvest specifications or a supplemental EIS analyzing the harvest specifications strategy in light of the radical changes that have occurred in the Bering Sea and Aleutian Islands in the 17 years since the 2007 harvest specifications EIS was completed, both of the Service's groundfish harvest specifications decisions are arbitrary, in violation of NEPA. *See* Doc. 32 at 25-48.

**I.   The annual harvest specifications decision is a major federal action and there is no EIS analyzing its effects in the current environmental context.**

As explained in Plaintiffs' Opening Brief, the annual harvest specifications decision is a major federal action with potentially significant effects on target and non-target fish, habitat, marine mammals, and other components of the marine ecosystem. Doc. 32 at 26-33.  Just as the Service did not complete an EIS for the 2023-2024 groundfish harvest specifications, it did not complete an EIS for the 2024-2025 groundfish harvest specifications.  *See id.* at 25-26.  Instead, the Service completed another SIR, in which it came to the same conclusions that it did in the 2023 SIR: 1) "there is no additional or new information that falls outside the scope of the Harvest Specifications EIS's process for the consideration of new information[,]" Ex. 4 at 10; and 2) "the information presented does not indicate that there are significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts."  *Id.* at 74; *see also* NMFS00592, 00635 (2023 SIR). These conclusions were arbitrary with respect to the 2023-2024 groundfish harvest specifications decision and, for the same reasons, are arbitrary with respect to the 2024-2025 decision.

The changes that have occurred in the Bering Sea ecosystem over the last decade are relevant to the harvest specifications decision and are not within the scope of effects previously disclosed.  Doc. 32 at 33-42.  These trends have continued over the past year, with continued indications of reduced carrying capacity and uncertainty in the ecosystem. *See* Ex. 1; Ex. 2.  When new information is significant, an agency must prepare a

supplemental EIS; a non-NEPA document, such as an SIR, is not a substitute. *See Idaho Sporting Cong. v. Alexander*, 222 F.3d 562, 566 (9th Cir. 2000); *see also* Doc. 32 at 42-44 (arguing an EIS is required).

This ecosystem still has not recovered from the last decade's ecosystem-wide shifts, including catastrophic salmon declines. *See* Doc. 32 at 14-20. The 2023 summer cold pool in the southeastern Bering Sea remained "significantly below the large cold pool extents that were common prior to the recent warm stanza" despite moderation in sea surface temperatures in some areas. Ex. 6 at 10-11; *see also* Ex. 5 at 13-15 (Aleutian Islands returned to persistent marine heatwave conditions in late summer). "[B]iological metrics like zooplankton and fish dynamics have lagged in their expected response to cooler conditions[,]" with potential effects on the ecosystem's carrying capacity and productivity. Ex. 6 at 10, 12; *see also* Ex. 5 at 14 (suggesting "lower productivity across the ecosystem, concomitant with increased bioenergetic needs for fish, faster growth rates for zooplankton and larvae, and shorter incubation periods for eggs due to the warm conditions"). For example, while primary productivity indicators were expected to increase with more moderate heatwave conditions, instead, they have continued to decline. Ex. 6 at 12. Other indications of the ongoing effects of changed ocean conditions include a 34 percent drop in pelagic forager biomass between 2022 and 2023, *id.* at 9, low large copepod abundance, an important nutrient source at the base of the food chain, *id.* at 8, 13, and below-average crab biomass, *id.* at 8.

Western and interior Alaska salmon stocks remain depressed, with multiple

Chinook runs projected to be below escapement goals. *See id.* at 16, 27. In 2023, the three-river index for Chinook salmon included "extremely low run size[s]" for the Unalakleet River and the Upper Yukon River, with limited subsistence fishing opportunities across all three river systems. Ex. 7 at 1-2. Abundance of juvenile Chinook and chum salmon in the northern Bering Sea remained well below average in 2023, correlating to expected below average adult returns to the Yukon in three to four years. Ex. 6 at 17-19.

As explained in Plaintiffs' Opening Brief, these changes to the marine environment are significant and were not analyzed in the 2007 EIS for the harvest specifications strategy or the 2004 programmatic EIS, nor did the Service prepare an EIS for the 2023-2024 groundfish harvest specifications to analyze them. *See* Doc. 32 at 33-41. Nothing in the past year changes those conclusions; the agency has once again not prepared an EIS for the 2024-2025 groundfish harvest specifications, and the decision therefore violates NEPA for the reasons described in Plaintiffs' Opening Brief. *Id.*

II. **The Service violated NEPA by failing to supplement the 2007 harvest specifications strategy EIS to consider the effects of the strategy in the current environmental context.**

Even if the Service was not required to complete a new EIS for the 2023-2024 or 2024-2025 groundfish harvest specifications decisions, the Service violated NEPA by failing to supplement the 2007 harvest specifications strategy EIS to consider the strategy's effects in light of significant changes to the marine ecosystem. *See* Doc. 32 at 44-48. The 2007 EIS that the Service relies on—which in turn relies on the 2004

programmatic EIS—is severely outdated and the Service's rationale for failing to supplement it is arbitrary for the reasons described in Plaintiffs' Opening Brief. *Id.*

## CONCLUSION

In addition to the relief requested in their Opening Brief, Doc. 32, AVCP and TCC ask the Court to determine the 2024-2025 groundfish harvest specifications decision violates NEPA, remand the decision to the Service, and consider supplemental briefing to address appropriate additional remedies. *See* Doc. 53 at 2; Doc. 47 (providing for separate remedies briefing).

Respectfully submitted this 1st day of May, 2024.

<u>*s/ Katharine S. Glover*</u>
Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Charisse Arce (Alaska Bar No. 2303017)
Maile Tavepholjalern (Alaska Bar No. 1611094)
EARTHJUSTICE

*Attorneys for Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference*

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 1,391 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits set in the Court's Order, Doc. 53.

Respectfully submitted this 1st day of May, 2024.

     *s/ Katharine S. Glover*
     Katharine S. Glover

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, a copy of the foregoing PLAINTIFFS' SUPPLEMENTAL BRIEF, with attachments, was served electronically on all counsel of record through the Court's CM/ECF system.

       *s/ Katharine S. Glover*
       Katharine S. Glover

# TABLE OF EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| 1 | Association of Village Council Presidents & Tanana Chiefs Conference, Comments Re: Agenda Item C3, BSAI/GOA Groundfish (Sept. 29, 2023) |
| 2 | Association of Village Council Presidents & Tanana Chiefs Conference, Comments Re: Agenda Item C3 BSAI Groundfish Specifications (Dec. 1, 2023) |
| 3 | National Marine Fisheries Service, Fisheries of the Exclusive Economic Zone Off Alaska, Bering Sea and Aleutian Islands, Final 2024 and 2025 Harvest Specifications for Groundfish, 89 Fed. Reg. 17,287 (Mar. 11, 2024) |
| 4 | National Marine Fisheries Service, Alaska Groundfish Harvest Specifications Supplementary Information Report (Feb. 2024) |
| 5 | North Pacific Fishery Management Council, Ecosystem Status Report 2023: Aleutian Islands (I. Ortiz & S. Zador eds., 2023) (excerpts) |
| 6 | North Pacific Fishery Management Council, Ecosystem Status Report 2023: Eastern Bering Sea (E. Siddon ed., 2023) (excerpts) |
| 7 | S. Rabung, Alaska Department of Fish & Game, Letter to J. Kurland, NOAA Fisheries, Alaska Region (Sept. 11, 2023) |

*AVCP et al. v. National Marine Fisheries Service et al.,*
Case No. 3:23-cv-00074-SLG