# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*, <br><br>  Plaintiffs, <br><br> and <br><br> CITY OF BETHEL, <br><br>  Intervenor-Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br>  Defendants, <br><br> and <br><br> AT SEA-PROCESSORS ASSOCIATION, *et al.*, <br><br>  Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG |

## ORDER RE MOTION FOR EIGHTH REVISED SCHEDULING ORDER

Before the Court at Docket 64 is Federal Defendants' Motion for Eighth Revised Scheduling Order. Plaintiffs and Intervenor-Plaintiff do not oppose the motion. Intervenor-Defendants take no position on the motion. Good cause being shown, the motion is hereby GRANTED. It is ORDERED that the following schedule shall govern the outstanding briefing on the merits of the case:

- Federal Defendants and Intervenor-Defendants shall file any opposition

briefs to Plaintiffs' and Intervenor-Plaintiff's principal and supplemental merits briefs no later than July 19, 2024. Federal Defendants and Intervenor-Defendants are permitted an additional five pages or 1,400 words each for their opposition briefs.

- Plaintiffs and any Intervenor-Plaintiff must file any reply not later than August 16, 2024.

- The schedule for remedies briefing, if any, is provided under this Court's Order at Docket 47.

- If circumstances require future revisions to this schedule, Plaintiffs, Federal Defendants, and Intervenors will confer and jointly propose a revised schedule for the Court's consideration, or otherwise seek amendment upon a showing of good cause.

DATED this 28th day of June 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-00074-SLG, *Assoc. of Village Council Pres., et al. v. Nat'l Marine Fisheries Svc., et al.*
Order re Motion for Eighth Revised Scheduling Order
Page 2 of 2

Case 3:23-cv-00074-SLG   Document 65   Filed 06/28/24   Page 2 of 2