**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al*.,     ) <br><br> )   Plaintiffs, )<br> )<br> )   and )<br> )<br> CITY OF BETHEL, )<br> )<br> )   Intervenor-Plaintiff, )<br> )<br> )<br> )   v. )<br> )<br> NATIONAL MARINE FISHERIES SERVICE, *et al*., )<br> )<br> )   Defendants, )<br> )<br> )   and )<br> )<br> AT-SEA PROCESSORS ASSOCIATION, *et al.,* )<br> )<br> )   Intervenor-Defendants. ) | Case No. 3:23-cv-00074-SLG <br><br> **FEDERAL DEFENDANTS' UNOPPOSED REQUEST FOR ORAL ARGUMENT** |

Pursuant to Local Rule 7.1(f), Federal Defendants respectfully request oral

argument concerning Plaintiff's Motion for Summary Judgment. ECF No. 32. The parties

have conferred, and based on their availability[1], Federal Defendants propose that the oral argument be scheduled for a date falling in one of these date ranges:

- September 23-26, 2024

- October 1-11, 2024.

Respectfully submitted, this 21st day of August 2024.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*s/ Jennifer A. Sundook*
JENNIFER A. SUNDOOK
Trial Attorney (DC Bar No. 241583)
P.O. Box 7611  Washington, DC 20044
Tel: (202) 341-2791
Fax: (202) 305-0506
Jennifer.Sundook@usdoj.gov

***Attorneys for National Marine Fisheries Service, United States Department of Commerce, Gina M. Raimondo, and Samuel D. Rauch, III***

---

[1] Plaintiffs are unavailable for oral argument October 14-31.  Intervenor-Defendants are unavailable September 6, September 16-20, September 27, September 30, and October 25.  Federal Defendants are unavailable prior to September 16 and October 23 – November 8.  Counsel for Federal Defendants have oral argument scheduled before this Court in another case on October 2 and therefore could be available that day or surrounding days for oral argument in this case.  Intervenor-Plaintiffs have not indicated any unavailability for argument.

FEDERAL DEFENDANTS' UNOPPOSED REQUEST FOR ORAL ARGUMENT
*AVCP v. NMFS*, No. 3:23-cv-00074-SLG                                                          2