Elizabeth M. Bakalar (Alaska Bar No. 0606036)
City Attorney
City of Bethel
300 State Highway, PO Box 1388
Bethel, AK 99559
Email: lbakalar@cityofbethel.net
Telephone: (907) 545-0115

*Attorney for the City of Bethel*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALAKSA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*, <br><br> Plaintiffs, <br><br> and <br><br> CITY OF BETHEL, <br><br> Intervenor-Plaintiff, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> AT SEA-PROCESSORS ASSOCIATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG <br><br> **CITY OF BETHEL'S REQUEST FOR TELEPHONIC PARTICIPATION** |

Page 1 of 2
*Association of Village Council Presidents, et al. v. National Marine Fisheries Service et al.,*: Case No. 3:23-cv-00074SLG [Request for Telephonic Participation]

Case 3:23-cv-00074-SLG   Document 81   Filed 09/25/24   Page 1 of 2

Intervenor-Plaintiff City of Bethel (hereafter "Bethel" or "City") respectfully requests telephonic participation in the oral argument scheduled in this case for September 26, 2024, at 9:00 a.m. While the City does not intend to participate directly or consume any of Plaintiffs' argument time, the City does wish to be available for questions should the Court have any. The City's understanding is that the public call-in line will not accommodate that possibility. Accordingly, the City is filing this request for telephonic participation to obtain party participation information.

Respectfully submitted this 25th Day of September 2024.

By:     /s/ Elizabeth M. Bakalar
           Elizabeth M. Bakalar
           City Attorney
           Alaska Bar No. 0606036
           City of Bethel
           300 State Highway, PO Box 1388
           Bethel, AK 99559
           Phone: (907) 545-0115
           Email: lbakalar@cityofbethel.net
           Attorney for the City of Bethel

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2024, a copy of foregoing REQUEST was served electronically through the CM/ECF system on the following counsel of record: Jennifer Sundook, James C. Feldman, Jeffrey M. Feldman, Charise Arce, Maile Sinn Fong Tavepholjalern, and Katharine S. Glover.

           s/ Elizabeth M. Bakalar
           Elizabeth M. Bakalar

Page 2 of 2
*Association of Village Council Presidents, et al. v. National Marine Fisheries Service et al.,*: Case No. 3:23-cv-00074SLG [Request for Telephonic Participation]

Case 3:23-cv-00074-SLG    Document 81    Filed 09/25/24    Page 2 of 2