# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS and TANANA CHIEFS CONFERENCE,<br><br>*Plaintiffs*,<br><br>CITY OF BETHEL,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE *et al.*,<br><br>*Defendants*,<br><br>AT-SEA PROCESSORS ASSOCIATION and UNITED CATCHER BOATS,<br><br>*Intervenor-Defendants.* | Case No. 3:23-cv-00074-SLG |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REVISED SCHEDULING ORDER

Upon consideration of Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference's Motion for Revised Scheduling Order and all material submitted in support thereof and in opposition thereto, it is hereby ORDERED that the motion is GRANTED. The scheduling orders at Doc. 65 and Doc. 47 are modified as follows:

- Plaintiffs' motion for permanent injunctive relief pending NEPA compliance, and any such motion by Intervenor-Plaintiff, is due seven days after the date of this Order.

- In accordance with Doc. 47 at 2, Federal Defendants' and Intervenor-Defendants' responsive briefs regarding remedies are due 30 days after the date Plaintiffs' motion is submitted.

- In accordance with Doc. 47 at 2, any replies from Plaintiffs and Intervenor-Plaintiff are due 14 days after Federal Defendants' and Intervenor-Defendants' responsive briefs are submitted.

DATED this ___ day of _____, 2024 at Anchorage, Alaska.

Hon. Sharon L. Gleason
UNITED STATES DISTRICT JUDGE
