IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, *et al.*,<br><br>    Plaintiffs,<br><br>and<br><br>CITY OF BETHEL,<br><br>    Intervenor-Plaintiff,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br><br>    Defendants,<br><br>and<br><br>AT SEA-PROCESSORS ASSOCIATION, *et al.*,<br><br>    Intervenor-Defendants. | Case No. 3:23-cv-00074-SLG |

**ORDER ON PLAINTIFFS' MOTION FOR REVISED SCHEDULING ORDER**

Before the Court at Docket 88 is Plaintiffs' Motion for Revised Scheduling Order. Federal Defendants and Intervenor-Defendants responded in opposition at Docket 92 and Docket 91, respectively. Plaintiffs filed a reply at Docket 95.

On June 28, 2024, this Court granted the eighth motion in a series of motions filed by the parties seeking a revised Scheduling Order.[1] The order incorporated by

---

[1] Docket 65. Plaintiffs stipulated to six motions: Docket 24, Docket 38, Docket 42, Docket 44, Docket

reference a prior order establishing that briefing on any remedy in this case would occur after this Court issued a ruling on the parties' motions for summary judgment.[2] This Court therefore entered an order establishing that, if remedy briefing was necessary, Plaintiffs' and Intervenor-Plaintiff's opening briefs regarding the remedy would be due 30 days after the Court's decision on the merits, Defendants' and Intervenor-Defendants' responsive briefs regarding the remedy would be due 30 days after Plaintiffs' and Intervenor-Plaintiff's opening remedy briefs, and reply briefs would be due 14 days thereafter.[3] The Court's June 2024 order indicated that a party could seek further amendment of the scheduling order "upon a showing of good cause."[4]

Plaintiffs now seek a revised scheduling order setting a deadline for Plaintiffs' remedy brief within seven days of this order, with Defendants' response briefs due 30 days later, and replies due 14 days thereafter.[5] They seek such a change "[i]n light of the ongoing impact of the groundfish fisheries on [Plaintiffs'] interests and the delay in the schedule resulting from efforts to reach a settlement of this matter."[6] They maintain that completing remedies briefing before a merits decision would

---

49 and Docket 58, and did not oppose the additional two motions at Docket 46 and Docket 64.

[2] Docket 65 at 2; Docket 47 at 2.

[3] Docket 47 at 2.

[4] Docket 65 at 2.

[5] Docket 88 at 5-6.

[6] Docket 88 at 2.

Case No. 3:23-cv-00074-SLG, *Ass'n of Vill. Council Pres., et al. v. Nat'l Marine Fisheries Serv., et al.*
Order on Plaintiffs' Motion for Revised Scheduling Order
Page 2 of 3
Case 3:23-cv-00074-SLG     Document 96     Filed 12/31/24     Page 2 of 3

"allow for more efficient resolution of remedies issues" and would "allow the Court to issue a final decision on the full set of remedies before the B season for pollock fishing, which starts June 10, 2025."[7]

However, as Intervenor-Defendants note, Plaintiffs agreed to multiple revisions of the briefing schedule without raising concerns about the delay in litigation due to settlement negotiations.[8] And, as Federal Defendants point out, Plaintiffs have not previously sought a merits decision before the beginning of pollock fishing season, undermining Plaintiffs' rationale for an amended remedy briefing schedule.[9] Finally, the Court agrees with Defendants that efficiency would not be promoted by revising the remedies briefing schedule, as merits briefing is complete and the parties' motions for summary judgment are under advisement. Therefore, the Court finds that Plaintiffs have not shown good cause to amend the scheduling order. As such, Plaintiffs' Motion for Revised Scheduling Order at Docket 88 is **DENIED**.

DATED this 31st day of December 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[7] Docket 88 at 3.

[8] Docket 91 at 2.

[9] Docket 92 at 2 ("Since Plaintiffs filed their complaint in April 2023, two B Seasons for pollock fishing have occurred. Plaintiffs did not request an expedited decision before last year's B Season, or any point in this litigation.").

Case No. 3:23-cv-00074-SLG, *Ass'n of Vill. Council Pres., et al. v. Nat'l Marine Fisheries Serv., et al.*
Order on Plaintiffs' Motion for Revised Scheduling Order
Page 3 of 3

Case 3:23-cv-00074-SLG   Document 96   Filed 12/31/24   Page 3 of 3