# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS, et al.,<br>*Plaintiffs and Intervenor-Plaintiff,*<br>v.<br>NATIONAL MARINE FISHERIES SERVICE, et al.,<br>*Defendants and Intervenor-Defendants.* | )<br>)<br>)  Civil Action No.  3:23-cv-00074-SLG<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT Plaintiffs' and Intervenor-Plaintiffs' claims are DISMISSED WITH PREJUDICE.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: March 11, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*