Katharine S. Glover
Eric P. Jorgensen
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: kglover@earthjustice.org
E: ejorgensen@earthjustice.org

Charisse Arce
Maile Tavepholjalern
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: carce@earthjustice.org
E: mtave@earthjustice.org

*Attorneys for Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS and TANANA CHIEFS CONFERENCE, <br><br> *Plaintiffs*, <br><br> CITY OF BETHEL, <br><br> *Intervenor-Plaintiff*, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE *et al.*, <br><br> *Defendants*, <br><br> AT-SEA PROCESSORS ASSOCIATION and UNITED CATCHER BOATS, <br><br> *Intervenor-Defendants*. | Case No. 3:23-cv-00074-SLG |

## NOTICE OF APPEAL

Notice is hereby given that Association of Village Council Presidents and Tanana Chiefs Conference, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Decision and Order (Doc. 97) and Judgment (Doc. 98) dated and entered on the docket on March 11, 2025.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached hereto.

Respectfully submitted this 12th day of May, 2025.

*s/ Katharine S. Glover*
Katharine S. Glover (Alaska Bar No. 0606033)
Eric P. Jorgensen (Alaska Bar No. 8904010)
Charisse Arce (Alaska Bar No. 2303017)
Maile Tavepholjalern (Alaska Bar No. 1611094)
EARTHJUSTICE

*Attorneys for Plaintiffs Association of Village Council Presidents and Tanana Chiefs Conference*

# REPRESENTATION STATEMENT

**Plaintiffs-Appellants**

Names of parties:

> ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS
> TANANA CHIEFS CONFERENCE

Names, addresses, telephone numbers, and emails of counsel:

> Katharine S. Glover
> Eric P. Jorgensen
> EARTHJUSTICE
> 325 Fourth Street
> Juneau, AK 99801
> T: 907.586.2751
> E: kglover@earthjustice.org
> E: ejorgensen@earthjustice.org
>
> Charisse Arce
> Maile Tavepholjalern
> EARTHJUSTICE
> 310 K Street Suite 508
> Anchorage, AK 99501
> T: 907.277.2500
> E: carce@earthjustice.org
> E: mtave@earthjustice.org

Are counsel registered for Electronic Filing in the 9th Circuit?: Yes

**Defendants-Appellees**

Names of parties:

NATIONAL MARINE FISHERIES SERVICE
UNITED STATES DEPARTMENT OF COMMERCE

HOWARD LUTNICK, in their official capacity as Secretary of Commerce[1]
SAMUEL D. RAUCH, III, in their official capacity as Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service

Names, addresses, telephone numbers, and emails of counsel:

    Jennifer A. Sundook
    U.S. DEPARTMENT OF JUSTICE
    P.O. Box 7611
    Washington, DC 20044
    T: 202.341.2791
    E: Jennifer.Sundook@usdoj.gov

**Intervenor-Plaintiff-Appellant**

Name of party:

    CITY OF BETHEL

Names, addresses, telephone numbers, and emails of counsel:

    Elizabeth M. Bakalar
    CITY OF BETHEL
    300 State Highway, PO Box 1388
    Bethel, AK 99559
    T: 907.545.0115
    E: lbakalar@cityofbethel.net

**Intervenor-Defendants-Appellees**

Names of parties:

    AT-SEA PROCESSORS ASSOCIATION
    UNITED CATCHER BOATS

---

[1] Howard Lutnick, Secretary of Commerce, U.S. Department of Commerce, is substituted for Gina M. Raimondo, Secretary of Commerce, U.S. Department of Commerce.

*AVCP et al. v. National Marine Fisheries Service et al.,*
Case No. 3:23-cv-00074-SLG      4

Names, addresses, telephone numbers, and emails of counsel:

>James C. Feldman
>Jeffrey M. Feldman
>SUMMIT LAW GROUP PLLC
>315 Fifth Avenue South, Suite 1000
>Seattle, WA 98104
>T: 206.676.7000
>E: jamesf@summitlaw.com
>E: jefff@summitlaw.com

### *Amici Curiae*

Names of amici:

>OCEAN CONSERVANCY
>SALMONSTATE
>NATIVE PEOPLES ACTION
>KUSKOKWIM RIVER INTER-TRIBAL FISH COMMISSION
>ALASKA MARINE CONSERVATION COUNCIL

Names, addresses, telephone numbers, and emails of counsel:

>Joanna Cahoon
>Teresa Clemmer
>TRUSTEES FOR ALASKA
>121 W. Fireweed Lane, Suite 105
>Anchorage, AK 99503
>T: 907.276.4244
>E: jcahoon@trustees.org
>E: tclemmer@trustees.org

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, a copy of the foregoing NOTICE OF APPEAL, with REPRESENTATION STATEMENT, was served electronically on all counsel of record through the Court's CM/ECF system.

    *s/ Katharine S. Glover*
    Katharine S. Glover